

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon     )

In Re: 0143367
Jorge Orestes Diaz-Cueto
Jorge Diaz-Cueto, Esq.
6747 Crandon Blvd
Key Biscayne, FL 33149-3201

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 17, 1998**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  11th  day of **September, 2025**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-368286

