**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION**

| | | |
|---|---|---|
| **DONALD W. KLEIN, Individually,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 3:2025cv01991** |
| **VELANOS PRINCIPAL CAPITAL INC.;** | § | **District Judge Karen Gren Scholer** |
| **NORDIC TRUST ALLIANCE KB;** | § | **Magistrate Judge Renée Harris Toliver** |
| **PLAINTIFFS WILLIAM BYRD;** | § | |
| **DANIEL FERNANDEZ ROJO FILHO;** | § | |
| **ESTATE OF JAMES WILLIAM BYRD;** | § | |
| **JOSHUA WEARMOUTH** | § | |
| **LYNDA K BYRD, Successor-in-Interest,** | § | |
| **LYNDA K. BYRD, Individually,** | § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER**

(Rule 17(a)(3) Reasonable Time to Cure)

Before the Court is Plaintiff's Motion for Reasonable Time to Cure under Federal Rule of Civil Procedure 17(a)(3). The Court finds that the motion should be GRANTED.

IT IS ORDERED that Plaintiff is granted a reasonable time to cure any real-party-in-interest defect identified by the Court. Plaintiff shall have ninety (90) days from the date of this Order to file a notice of ratification, joinder, or substitution of the real party in interest. If the real party is an entity required to appear through counsel, counsel shall file an appearance within the same cure period.

IT IS FURTHER ORDERED that the action shall not be dismissed on real-party-in-interest or entity-representation grounds while the cure period runs.

SO ORDERED.

DATED: ______________________, 2026

________________________________________

UNITED STATES MAGISTRATE JUDGE