# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DONALD W. KLEIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1991-S-BK |
| | § | |
| VELANOS PRINCIPAL CAPITAL, INC., et al. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants Daniel Fernandes Rojo Filho and Nordic Trust Alliance KB's Motion to Dismiss [ECF No. 24] is **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Court, however, **GRANTS** Plaintiff leave to file an amended complaint to cure the deficiencies identified by the Recommendation. Any amended complaint shall be filed no later than **14 days after issuance of this Order.**

**SO ORDERED.**

SIGNED September 29, 2026.

**UNITED STATES DISTRICT JUDGE**